FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>JABBAR OMAR, an individual; SCOTT LEMAY and REBECCA LEMAY, husband and wife,<br><br>    Defendants/Counter-Claimant. | No. 4:23-CV-05122-SAB<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

    Before the Court is the Parties' Stipulation and Order of Dismissal with Prejudice, ECF No. 17. Plaintiff is represented by Heather M. Jensen and Zachary M. Smith. Defendant Omar is represented by Robert G. Schultz. Defendants Lemay are represented by Ryan Armentrout.

    The Parties inform the Court that they voluntarily dismiss this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Being fully informed, the Court grants the motion and closes the file.

//

//

**ORDER DISMISSING CASE AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. In accordance with the Parties' voluntary dismissal pursuant Rule 41(a)(1)(A)(ii), the above-mentioned matter is **DISMISSED**.

2. Plaintiff's claims against Defendants are **DISMISSED**.

3. Defendants' counterclaims against Plaintiff are **DISMISSED**.

4. the Parties' Stipulation and Order of Dismissal with Prejudice, ECF No. 17, is **GRANTED**.

5. The action is dismissed **without costs or attorneys' fees to any party**.

6. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 14th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE AND CLOSING FILE # 2**